UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-008 JD |
| | ) | |
| MARK F. WEAVER | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 22, 2012 [DE 10].  Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Mark F. Weaver's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(a)(6).

SO ORDERED.

ENTERED:   March 20, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court